# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SCOTT LEE STARON, D/B/A LEE'S METAL ROOF COATINGS & PAINTING, | : | No. 620 MAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL BOARD (FARRIER), | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Eakin did not participate in the decision of this matter.